ACCEPTED
03-15-00446-CV
7922804
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 11:14:07 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00446-CV

IN THE

COURT OF APPEALS FOR THE

THIRD COURT OF APPEALS DISTRICT

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 11:14:07 AM
JEFFREY D. KYLE
Clerk

———————

BAXTER OIL SERVICE, LTD.

APPELLANT

VERSUS

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

APPELLEE

———————

APPEAL FROM THE 345TH JUDICIAL DISTRICT COURT, TRAVIS COUNTY, TEXAS

NO. D-1-GN-1-0-000772

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

NOW COMES Appellant Baxter Oil Service, Ltd. and files this Unopposed Motion for Extension of Time to File Reply Brief, and in support thereof would respectfully show the Court as follows:

1. Appellant filed its opening brief on September 25, 2015. Appellee Texas Commission on Environmental Quality requested an extension of time within which to file its brief, which Appellant did not oppose and which was granted. Appellee

{00076037}

thus filed its Brief of Appellee on November 13, 2015, making Appellant's reply brief due December 3, 2015.

2.  Appellant hereby requests a 20-day extension for filing its reply brief such that the reply brief will be due December 23, 2015.  The undersigned counsel has a previously-scheduled family trip during the week of Thanksgiving as well as several other deadlines in pending cases.

3.  Counsel for Appellant contacted counsel for Appellee, who indicated that the requested extension is unopposed.

4.  This is Appellant's first request for an extension for filing its reply brief and the extension is not sought for delay, but so that justice may be had.

WHEREFORE Appellant prays that this Motion be granted such that Appellant's reply brief be considered timely filed on or before December 23, 2015, and this Court award Appellant such other and further relief, both general and special, at law or in equity, to which it may be entitled.

Respectfully submitted,

**PULMAN, CAPPUCCIO,
PULLEN, BENSON & JONES, LP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Leslie Sara Hyman*
Elliott S. Cappuccio
Texas State Bar No. 24008419
ecappuccio@pulmanlaw.com
Leslie Sara Hyman
Texas State Bar No. 00798274
lhyman@pulmanlaw.com

**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF SERVICE

I certify that on the 20th day of November, 2015, the foregoing Appellant's Unopposed Motion for Extension of Time to File Reply Brief was served in accordance with the Texas Rules of Appellate Procedure addressed as follows:

*Via Email to thomas.edwards@texasattorneygeneral.gov:*
Mr. Thomas H. Edwards
*Via Email to craig.pritzlaff@texasattorneygeneral.gov:*
Mr. Craig Pritzlaff
Office of the Attorney General
Environmental Protection Division
P.O. Box. 12548, Capitol Station
Austin, Texas 78711

*/s/ Leslie Sara Hyman*
Leslie Sara Hyman